## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

THE O.N. EQUITY SALES
COMPANY,

          Plaintiffs,

vs.

NORMAN D. PRINS and
CHARLENE J. PRINS, Individually
and as Trustees of the NORMAN
AND CHARLENE PRINS
REVOCABLE LIVING TRUST,

          Defendant.

**ORDER**

Civil File No. 07-3075 (MJD/AJB)

---

Julie H. Firestone and Molly M. Borg, Briggs and Morgan, PA, and Marion H. Little, Jr. and Michael R. Reed, Zeiger, Tigges & Little LLP, Counsel for Plaintiffs

Joel A. Goodman, Goodman & Nekvasil, PA, and Ralph V. Mitchell, Jr., Lapp Libra Thomson Stoebner & Pusch, Chartered, Counsel for Defendants

---

This matter is before the Court on Defendants' request during oral argument on October 24, 2007, to extend the time to respond to Plaintiff's Objections [Docket No. 48] to Magistrate Judge Arthur J. Boylan's order denying discovery regarding the issue of arbitrability [Docket No. 47]. The Court anticipates that its decision on Defendant's Motion to Compel [Docket No. 17] and Plaintiff's Motion for a Preliminary Injunction [Docket No. 28] will address and resolve the discovery issue.

Therefore, **IT IS HEREBY ORDERED THAT**:

1. Defendants' request is **GRANTED**.

2. Defendants may reserve their response to Plaintiff's Objections until the Court has issued its ruling on Defendant's Motion to Compel [Docket No. 17] and Plaintiff's Motion for a Preliminary Injunction [Docket No. 28].

Dated:  October 24, 2007

                                            BY THE COURT:

                                            s / Michael J. Davis
                                            The Honorable Michael J. Davis
                                            United States District Court Judge